JAMES KNAPP et al., Respondents-Appellants, v JAMES R. HUGHES et al., Appellants-Respondents.

Submitted January 30, 2012; decided March 27, 2012

Reported below, 25 AD3d 886.

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 827 (2011)].

---

L&L ASSOCIATES HOLDING CORP., Respondent, v JOSEPH A.F. SADOWSKI, Appellant, et al., Defendants.

Submitted January 30, 2012; decided March 27, 2012

Reported below, 2011 NY Slip Op 84844(U).

Motion for reargument etc. denied [*see* 18 NY3d 854 (2011)]. Motion for poor person relief dismissed as academic.

---

In the Matter of RAYMOND C. MILLER SR., Appellant, v PATRICIA A. MILLER, Respondent.

Submitted January 17, 2012; decided March 27, 2012

Reported below, 90 AD3d 1185.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

JAVONDI PENDER, Appellant, v LASALLE BUS SERVICE, INC., Respondent.

Submitted January 30, 2012; decided March 27, 2012 ·

Reported below, 2011 NY Slip Op 83123(U).

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 838 (2011)].  ·